JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TOWNSEND,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA; VALLEY RADIOLOGY CONSULTANTS MEDICAL GROUP, INC., DR. FARSHAD BAHADOR, M.D., AND DOES 1 THROUGH 10,<br>Defendants. | No. 5:25-cv-02224-KK-SP<br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br>Honorable Kenly Kiya Kato<br>United States District Judge |

The Court, having considered the Parties' Stipulation for Dismissal Without Prejudice and Waiver of Statute of Limitations Defense Pursuant to California Code of Civil Procedure Section 360.5 (the "**Stipulation**") filed on September 16, 2026, and good cause appearing, **HEREBY FINDS AND ORDERS AS FOLLOWS**:

1. Background. On December 5, 2025, Plaintiff Christopher Townsend ("Plaintiff") filed the operative First Amended Complaint ("**FAC**") [Dkt. 32], asserting (a) a claim for medical negligence against Defendant United States of America, Defendant Valley Radiology Consultants Medical Group, Inc. ("VRC"), and Defendant Farshad Bahador, M.D. ("Dr. Bahador"), and (b) a claim for negligent supervision,

training, and systemic negligence against VRC. Plaintiff's claim against the United States of America was asserted under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), and provided the sole basis for this Court's original subject-matter jurisdiction; jurisdiction over the remaining state-law claims arises solely under 28 U.S.C. § 1367.

2. Dismissal of the United States. On September 8, 2026, following a stipulated good-faith settlement, the Court dismissed Defendant United States of America from this action with prejudice [Dkt. 61], noted that no federal claims remain in this action, and ordered Plaintiff to show cause why the Court should continue to exercise supplemental jurisdiction over the remaining state-law claims pursuant to 28 U.S.C. § 1367(c)(3).

3. Declination of Supplemental Jurisdiction. Pursuant to 28 U.S.C. § 1367(c)(3), the Court DECLINES to exercise supplemental jurisdiction over the remaining state-law claims asserted in the FAC against VRC and Dr. Bahador.

4. Dismissal Without Prejudice. This action is **DISMISSED WITHOUT PREJUDICE** in its entirety, subject to the terms of the Stipulation and this Order.

5. Costs and Fees. Except as otherwise provided in any separate settlement agreement between the Parties, each Party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

6. Statute-of-Limitations Waiver. The Court takes note of, and gives effect to, the waiver set forth in Paragraph 3 of the Stipulation, by which Defendants VRC and Dr. Bahador, pursuant to California Code of Civil Procedure section 360.5, waived any and all defenses based on the statute of limitations — including without limitation any defense arising under California Code of Civil Procedure sections 335.1 and/or 340.5, and any defense based on the timeliness of a refiling under 28 U.S.C. § 1367(d) — with respect to any civil action asserting the claims set forth in the FAC, provided such action is commenced in the Superior Court of the State of California no later than December 10, 2026. That waiver, and all other terms of the Stipulation, remain in full force and effect according to their terms and are not altered by this Order.

7. Federal Tolling Preserved. Nothing in this Order shall be construed to shorten, waive, or otherwise limit whatever tolling is separately available to Plaintiff under 28 U.S.C. § 1367(d) during the pendency of this action and for not less than thirty (30) days following dismissal. See *Artis v. District of Columbia*, 583 U.S. 71 (2018).

8. No Admission. Nothing in this Order or the Stipulation shall be construed as an admission of liability, fault, wrongdoing, or the merits of any claim or defense by any Party, other than the limited statute-of-limitations waiver set forth in Paragraph 3 of the Stipulation and incorporated in Paragraph 6 above.

9. Closure of Case. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: September 17, 2026



HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE